**Electronically Filed
Supreme Court
SCPW-18-0000466
10-SEP-2018
08:34 AM**

SCPW-18-0000466

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OKHOO HANES, Petitioner,

vs.

THE HONORABLE HILARY B. GANGNES, Judge of the
District Court of the First Circuit, Respondent Judge,

and

SCOTTRADE, INC. and ED BARAOIDAN, Respondents.

---

ORIGINAL PROCEEDING
(CIV. NO. 1SC17-1-2015)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Okhoo Hanes's "Motion for Reconsideration of Aug. 6, 2018 Order Denying Petition for Writ of Mandamus and/or Prohibition with Exhibits Submitted", filed on August 31, 2018, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, September 10, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

